IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONALD EUBANK,

Defendant.                                          No.   12-cr-30052-DRH

### ORDER AMENDING PRELIMINARY ORDER FOR FORFEITURE (Doc. 38)

Upon motion of the United States (Doc. 46), and pursuant to Rule 32.2(e) of the FEDERAL RULES OF CRIMINAL PROCEDURE, the Preliminary Order of Forfeiture of August 22, 2012 (Doc. 38) is hereby amended to include, as additional property to be forfeited, the following:

> **One Bryco Arms, model Jennings Nine-CA, 9mm Luger caliber semiautomatic pistol, bearing serial number 1503713; and**
>
> **Twelve (12) 9mm Luger caliber cartridges.**

All other provisions of the Preliminary Order of Forfeiture of August 22, 2012 (Doc. 38) shall remain in full force and effect.

**IT IS SO ORDERED.**

Signed this 19th day of February, 2013.

Digitally signed by David R. Herndon
Date: 2013.02.19 10:20:46 -06'00'

**Chief Judge
United States District Court**